**No. 55947.**—Paul V. Eisner & Co. and Wilsons Leading Jewelers, Inc. *v.* United States, protests 171331–K and 171332–K (New York):

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 55948.**—The Warner and Swasey Co. *v.* United States, protests 148352–K, etc. (Cleveland).

Opinion by LAWRENCE, J.   The protests were dismissed.